IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DARREN TRENT, and <br> DAVID JOHNSON, <br><br> Plaintiffs, <br><br> vs. <br><br> DOMINO'S PIZZA, LLC, <br><br><br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No.  13-1027-JPG/PMF <br> ) <br> ) *Circuit Court of Madison* <br> ) *County, Illinois, Case No.* <br> ) *13-L-1473* <br> ) <br> ) **TRIAL BY TWELVE PERSON JURY** <br> **DEMANDED** |

**NOTICE OF REMOVAL**

    Comes now Defendant M.B.R. Management Corporation d/b/a Domino's Pizza, improperly named as Domnios Pizza, LLC, by and through its counsel Jane Unsell of the law firm of Unsell, Schattnik & Phillips, P.C., and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 hereby files its Notice of Removal of the cause entitled *Darren Trent and David Johnson v. Dominos Pizza, LLC*, filed in the Circuit Court for the Third Judicial Circuit, Madison County, Illinois, Cause No. 13-L-1473.  As grounds for its removal, Defendant M.B.R. Management Corporation d/b/a Dominos Pizza, improperly named as Dominos Pizza, LLC, states as follows:

    1.  Plaintiffs commenced an action against the above-captioned Defendant on or about August 28, 2013 by filing Plaintiff's Complaint in the Circuit Court for the Third Judicial Circuit, Madison County in the State of Illinois, under Cause No.

13-L-1473. A true and complete copy of the Complaint is attached as Exhibit A.

2. An employee of MBR Management Corporation d/b/a Domino's Pizza, improperly named as Domino's Pizza, LLC, was served with process on September 5, 2013 at the Domino's Pizza located on East Vandalia Street, Edwardsville, Illinois. A true copy of the front of the Summons with date of service upon M.B.R. Management Corporation d/b/a Domino's Pizza, improperly named as Dominos Pizza, LLC, is attached as Exhibit B. The Domino's Pizza business located on East Vandalia Street, Edwardsville, Illinois owned and operated by MBR Management Corporation.

3. Defendant M.B.R. Management Corporation d/b/a Domino's Pizza, improperly named as Dominos Pizza, LLC, is a foreign corporation whose state of incorporation is Missouri, and whose principal place of business is in Missouri. See attached Exhibit C, Affidavit of Julie Swan, HR/Payroll Manager for MBR Management Corporation.

4. Based upon the Complaint, Plaintiff Darren Trent is a citizen of the state of Illinois.

5. Based upon the Complaint, Plaintiff David Johnson is a citizen of the state of Illinois.

6. The state court proceeding is an action for civil damages by Plaintiffs Darren Trent and David Johnson, for personal injuries. In Plaintiffs' Supreme Court Rule 222

Compliance, attached as Exhibit D, Plaintiffs specifically seek damages in excess of $75,000.00. Additionally, Plaintiffs in their Verification by Certification, attached as Exhibit E, verify that each of their damages exceed $75,000. Thus, the amount in controversy in this case exceeds $75,000.00 for each party Plaintiff, exclusive of interest and costs, based upon the injuries alleged in Plaintiffs' Complaint, Plaintiffs' Supreme Court Rule 222 Compliance, and Plaintiffs' Verification by Certification. See Exhibits A, D, and E.

    7. 28 U.S.C. § 1332 provides that:

> "(a) The district court shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between -
>
> 1) citizens of different states."

    8. A corporation is treated as a citizen of the state in which it is incorporated and the state in which its principal place of business is located. 28 U.S.C. § 1332.

    9. Defendant therefore seeks removal to this Federal Court pursuant to 28 U.S.C. § 1332 in that this action is between citizens of different states (Illinois and Missouri) and the amount in controversy exceeds $75,000.00.

    WHEREFORE, Defendant M.B.R. Management Corporation d/b/a Domino's Pizza, improperly named as Dominos Pizza, LLC, files its Notice of Removal, removing the state court action from the

Circuit Court for the Third Judicial Circuit, Madison County, Illinois to the United States District Court for the Southern District of Illinois, East St. Louis Division.

**DEFENDANT DEMANDS
TRIAL BY JURY**

                                          /s/Jane Unsell
                                          Jane Unsell #03124410
                                          Unsell, Schattnik & Phillips, P.C.
                                          3 S. 6th Street
                                          Wood River, IL 62095
                                          (618) 258-1800
                                          (618) 258-1957 fax
                                          Attorney for Defendant
                                          janeunsell@gmail.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 2, 2013, I electronically filed a Notice of Removal with the Clerk of the Court using the CM/ECF system.  In addition, I sent a copy of said Notice of Removal via U.S. Postal Service which will send notification of such filing to the following:

    Brian L. Polinske
    Polinske & Associates, P.C.
    701 North Main Street
    Edwardsville, IL 62025
    polinske@sbcglobal.net

    /s/ Jane Unsell
    Jane Unsell #03124410
    Unsell, Schattnik & Phillips, P.C.
    3 S. 6th Street
    Wood River, IL 62095
    (618) 258-1800
    (618) 258-1957 fax
    Attorney for Defendant
    MBR Management Corporation