IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

FILED
AUG 28 2013
CLERK OF CIRCUIT COURT #75
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

DARIN TRENT,    and    )
DAVID JOHNSON,         )
                       )
    Plaintiffs,        )
                       )
VS.                    )    NO. 13-L-____
                       )
DOMINOS PIZZA, LLC,    )
                       )
    Defendant.         )

## COMPLAINT

COMES NOW the Plaintiffs, DARIN TRENT and DAVID JOHNSON, by and through their attorneys, Polinske & Associates, P.C., Brian L. Polinske, and for their Complaint states the following.

1. For all relevant times Plaintiff DARIN TRENT was an individual residing wholly within Madison County, Illinois.

2. For all relevant times Plaintiff DAVID JOHNSON was an individual residing wholly within Madison County, Illinois.

3. Defendant DOMINOS PIZZA, LLC, is an incorporated entity authorized to sue or be sued within the State of Illinois. Defendant primarily conducts business under the name Dominos Pizza, located in Edwardsville, Madison County, Illinois.

4. On April 18, 2013 the Plaintiffs had ordered a delivery pizza from the Defendant. The Plaintiff had ordered the pizza from the Madison County Criminal Justice Center where they were both stationed on courthouse assignment.

13-L-____

1

Exhibit A

Case 3:13-cv-01027-JPG-PMF Document 2-1 Filed 10/02/13 Page 2 of 4 Page ID #9

5. Defendant had prepared pizza to both Plaintiff's.

6. Plaintiff's both ate portions of the pizza. While doing so Plaintiff JOHNSON bit down on something hard inside the pizza. He removed a piece of glass from the pizza. In so doing his finger was cut. Further he began to feel pain in his tooth.

7. Plaintiff TRENT also ingested some of the broken glass.

8. Both Plaintiffs immediately notified the Edwardsville Police Department and then drove to the Gateway Regional Hospital where they received medical treatment via the emergency room.

9. The Edwardsville Police Department conducted an investigation into the complaints and discovered that the Plaintiffs were the only persons that had a pizza laden with glass to them on that date from Defendant's Edwardsville location.

10. A short time later, Plaintiff JOHNSON's tooth broke into pieces and fell from his mouth. The tooth that fell out was the same that bit into the glass.

COUNT I – Plaintiff Darren Trent

Versus Defendant – Strict Product Liability

11. In support of Count I, Plaintiff DARIN TRENT, incorporates by reference paragraphs 1 through 10 *infra*.

13-L-____

2

Exhibit A

12. The aforementioned pizza was unreasonably dangerous due to the presence of glass inside of it.

13. The glass inside the pizza existed at the time when the Defendant prepared, boxed, and it was picked up at Defendant's location by Plaintiff TRENT.

14. Plaintiff TRENT suffered injury from the pizza, which Defendant prepared, boxed, and served to him.

15. Defendant's breach of its duty of care proximately caused physical and mental injuries to Plaintiff TRENT.

WHEREFORE Plaintiff DARREN TRENT prays for judgment in his favor and against the Defendant in an amount in excess of $75,000.00 and for all relief to which he is entitled.

### COUNT II – Plaintiff David Johnson
### Versus Defendant – Strict Product Liability

16. In support of Count I, Plaintiff DAVID JOHNSON, incorporates by reference paragraphs 1 through 10 *infra*.

17. The aforementioned pizza was unreasonably dangerous due to the presence of glass inside of it.

18. The glass inside the pizza existed at the time when the Defendant prepared, boxed, and served it to Plaintiff TRENT.

19. Plaintiff TRENT suffered injury from the pizza, which Defendant prepared, boxed, and served to him.

13-L-____

3

Exhibit A

20. Defendant's breach of its duty of care proximately caused physical and mental injuries to Plaintiff TRENT.

WHEREFORE Plaintiff DAVID JOHNSON prays for judgment in his favor and against the Defendant in an amount in excess of $75,000.00 and for all relief to which he is entitled.

Respectfully submitted,
Polinske & Associates, P.C.,

*Brian Polinske*

Brian L. Polinske

701 North Main Street
Edwardsville, IL 62025
06211450
618.692.6520
Polinske@sbcglobal.net

13-L-____

4

Exhibit A