**IN THE UNTIED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

DARIN TRENT, and          )
DAVID JOHNSON,            )
                         )
    Plaintiffs,          )
                         )          No. 3:13-cv-01027-JPG-PMF
vs.                       )
                         )
DOMINO'S PIZZA, LLC,     )
                         )
    Defendant.           )

**<u>STIPULATION FOR DISMISSAL</u>**

**IT IS HEREBY STIPULATED AND AGREED** by Plaintiffs DARIN TRENT and DAVID JOHNSON and Defendant M.B.R. MANAGEMENT CORPORATION d/b/a Domino's Pizza, improperly named as DOMINOS PIZZA, LLC, by and through their undersigned counsel, that Defendant M.B.R. MANAGEMENT CORPORATION d/b/a Domino's Pizza, improperly named as DOMINOS PIZZA, LLC, be dismissed from the instant matter with prejudice and with the agreement that each party bear their own attorney's fees and costs.

                                        Respectfully submitted,

/s/ Brian Polinske (with consent)     /s/ Jane Unsell
Brian Polinske                        Jane Unsell
Polinske & Associates, P.C.           Unsell, Schattnik & Phillips, P.C.
701 North Main Street                 3 S 6th Street
Edwardsville, IL 62025                Wood River, IL 62095
(618) 692-6520                        (618) 258-1800
polinske@sbcglobal.net                janeunsell@gmail.com
Attorney for Plaintiffs               Attorney for Defendant