IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DARIN TRENT and DAVID JOHNSON, | ) |
| Plaintiffs, | ) |
| v. | ) No.   13-cv-1027 JPG/PMF |
| DOMINOS PIZZA, LLC, | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

This matter comes before the Court on the stipulation of dismissal (doc. 20).  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties.  Here, plaintiff has presented a stipulation of dismissal signed by all parties.  Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: March 27, 2014

*s/ J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE